We have reviewed the briefs of the parties, the legal file, and transcripts on appeal. The judgment is supported by competent and substantial evidence on the record. *Wood v. Wood,* 193 S.W.3d 307, 310 (Mo.App. E.D.2006). Moreover, the trial court did not abuse its discretion in denying Mother's Rule 74.06(b) motion after an evidentiary hearing. *Northwest Prof'l Condominium Ass'n v. Kayembe,* 190 S.W.3d 447, 448 (Mo.App. E.D.2006).

An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment pursuant to Rule 84.16(b).

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J., and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Ivan Reliford appeals the judgment denying his Rule 29.15 motion after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

Ivan RELIFORD, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 88523.

Missouri Court of Appeals, Eastern District, Division Four.

June 26, 2007.

Gwenda R. Robinson, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Jefferson City, MO, for Respondent.

NORWALK VAULT COMPANY OF MISSOURI, INC., Plaintiff,

v.

FAMILY CARE, INC., Defendant/Respondent,

and

A.L. Beal Mortuary, Inc. and Carol J. Wilson, Defendants/Appellants.

No. ED 87664.

Missouri Court of Appeals, Eastern District, Division Four.

June 26, 2007.